**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **MARILYN RHODES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:14-cv-649 |
| § | |
| **UNIVERSITY OF TEXAS** § | **JURY REQUESTED** |
| **HEALTH SCIENCE CENTER AT** § | |
| **TYLER,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Docket No. 2). The plaintiff has filed an application and affidavit in support of her Motion. After due consideration, the Court finds that the plaintiff's motion should be granted. Accordingly, it is **ORDERED** that the plaintiff's Motion to Proceed *In Forma Pauperis* is **GRANTED.**

**So ORDERED and SIGNED this 26th day of August, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**