IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARILYN RHODES, § | |
| § | |
| v. § | |
| § | Case No. 6:14-cv-649 |
| THE UNIVERSITY OF TEXAS HEALTH § | |
| CENTER AT TYLER § | |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** pursuant to the parties' Joint Stipulation of Dismissal (Doc. No. 39) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All motions by either party not previously ruled on are hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED** this 14th day of December, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE